United States District Court
Middle District of Florida
Jacksonville Division

**MARTHA J. LYONS,**

    *Plaintiff,*

V.                                    No. 3:19-CV-1015-J-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

## Order

Martha Lyons moves to dismiss this social-security case. Doc. 17. The docket entry indicates the motion is "unopposed."

After a defendant has answered a complaint, a plaintiff may voluntarily dismiss a case by filing a stipulation signed by all parties or by seeking court approval. Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(2).

Discerning no reason to do otherwise, the Court **grants** the motion to dismiss, Doc. 17; **dismisses** the case, with each party bearing his or her own costs; and **directs** the Clerk of Court to close the file.

**Ordered** in Jacksonville, Florida, on December 17, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Counsel of record